TAFURI & KEMLER CONTRACTING CORPORATION v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and Others. JACOB FRIEDMAN and Others; THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of the CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Successor Trustee of the Trust for JOHN HALL WATSON, JR., under the Last Will and Testament of JOHN HALL WATSON, Deceased. EDWARD S. HIDDEN and Others; MERCHANTS TRANSFER AND STORAGE COMPANY.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

LOREAN PHARM and WILLIAM PHARM v. EMIGRANT INDUSTRIAL SAVINGS BANK, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals and for a stay granted. [See sub nom. Pharm v. Lituchy, ante, p. 724.] Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of EDWIN J. BURNS and Others against JOSEPH D. McGOLDRICK, Comptroller of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MORRIS H. MANN v. R. SIMPSON & Co., INC.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

MORRIS H. MANN v. R. SIMPSON & Co., INC.— Motion for resettlement denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

IRENE SZALAY, Formerly IRENE WALSH, v. NEW YORK AMERICAN, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

MINNIE S. ROGERS and Others v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

## (November 24, 1939.)

SOPHIE MICHAELSON, Respondent, v. THE CITY OF NEW YORK, Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

42 BROADWAY REALTY CORPORATION, Appellant, v. CENTRAL HANOVER BANK AND TRUST COMPANY, as Mortgagee under Agreement Dated as of January 1, 1924, between MELPOMENE REALTY CORPORATION and CENTRAL UNION TRUST COMPANY OF NEW YORK, as Mortgagee, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Dore, J., dissents and votes to reverse and deny the motion.

WILLIAM J. GRILL and MANUFACTURERS TRUST COMPANY, Appellants, v. THE CITY OF NEW YORK, Respondent.— Judgment, so far as appealed from, affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Townley, J., dissents and votes to reverse.